# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramos, Nelva G. | U.S. District Court, Texas | 08/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | State of Texas Judicial Retirement Plans |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Onyx Engineering--Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Nelva G.** | 08/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Kleberg | Note on Jim Hogg County property | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank -- Acounts, CD | A | Interest | J | T | | | | | |
| 2. First National Bank -- Accounts | A | Interest | J | T | | | | | |
| 3. New York Life Insurance Company - Whole Life | | None | K | T | | | | | |
| 4. BROKERAGE #1 (H) | | | | | | | | | |
| 5. Edward Jones Money Market (JRSXX) | A | Dividend | K | T | | | | | |
| 6. Franklin Fed Tax - Free Income A (FKTIX) | B | Dividend | K | T | | | | | |
| 7. FT Bld Amer Bds 10-20 Yr #11 (VKBTHX) | B | Interest | K | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. Franklin Balanced Fund CL A (FBLAX) | A | Dividend | K | T | | | | | |
| 10. Franklin Equity Income Fund CL A (FISEX) | A | Dividend | K | T | | | | | |
| 11. Franklin Growth Fund CL A (FKGRX) | A | Dividend | K | T | | | | | |
| 12. Franklin Growth Opptys Fd Cl A (FGRAX) | A | Dividend | J | T | | | | | |
| 13. Franklin Mutual Global Discovery Fund CL A (TEDIX) | A | Dividend | J | T | | | | | |
| 14. Franklin Mutual Shares Fund CL A (TESIX) | A | Dividend | J | T | | | | | |
| 15. Franklin Rising Dividends Fund CL A (FRDPX) | A | Dividend | K | T | | | | | |
| 16. Franklin Small-Mid Cap Grwth A (FRSGX) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 17. Franklin Total Return Fund CL A (FKBAX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin U S Government Securities Fund CL A (FKUSX) | A | Dividend | J | T | | | | | |
| 19. Templeton Growth Fund CL A (TEPLX) | A | Dividend | K | T | | | | | |
| 20. Templeton Global Bond Fund CL A (TPINX) | A | Distribution | | | Sold | 03/10/17 | J | | |
| 21. IRA #2 (H) | | | | | | | | | |
| 22. Franklin Growth Fund CL A (FGRAX) | A | Dividend | J | T | | | | | |
| 23. Templeton Foreign Fund CL A (TFFAX) | A | Dividend | J | T | | | | | |
| 24. Templeton Global Smaller Companies Fund CL A (TEMGX) | A | Dividend | J | T | | | | | |
| 25. Templeton Growth Fund CL A (TEPLX) | A | Dividend | J | T | | | | | |
| 26. Templeton World Fund CL A (TEMWX) | A | Dividend | J | T | | | | | |
| 27. IRA #3 (H) | | | | | | | | | |
| 28. Cohen & Steers Preferred Sec & Income Fund CL I (CPXIX) | B | Dividend | K | T | Buy (add'l) | 01/30/17 | J | | |
| 29. | | | | | Sold (part) | 03/09/17 | J | A | |
| 30. | | | | | Sold (part) | 04/04/17 | J | A | |
| 31. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 32. Deutsche X-Trackers MSCI (DBEF) | | None | | | Buy | 03/09/17 | J | | |
| 33. | | | | | Sold | 03/27/17 | J | A | |
| 34. Doubleline Shiller Enh Cape Fd (DSEEX) | B | Dividend | K | T | Buy | 04/04/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 08/14/17 | J | A | |
| 36. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 37. First Trust Preferred (FPE) | A | Dividend | | | Buy | 04/04/17 | J | | |
| 38. | | | | | Sold | 12/13/17 | J | A | |
| 39. Global X MSCI Norway (NORW) | | None | | | Buy | 10/11/17 | J | | |
| 40. | | | | | Sold | 11/06/17 | J | A | |
| 41. Global X MSCI Portugal (PGAL) | A | Dividend | | | Buy | 08/16/17 | J | | |
| 42. | | | | | Sold | 11/06/17 | J | A | |
| 43. Guggenheim China Technol (CQQQ) | | None | | | Buy | 12/01/17 | J | | |
| 44. | | | | | Sold | 12/11/17 | J | | |
| 45. Guggenheim S&P 500 Equal (ETF) (RSP) | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 46. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 47. | | | | | Sold (part) | 03/09/17 | K | B | |
| 48. | | | | | Sold (part) | 03/16/17 | J | A | |
| 49. | | | | | Sold | 04/04/17 | K | A | |
| 50. IShares Core S&P Mid-Cap (ETF) (IJH) | | None | | | Buy (add'l) | 01/04/17 | J | | |
| 51. | | | | | Sold | 01/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Core S&P Small (ETF) (IJR) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 53. | | | | | Sold (part) | 01/17/17 | J | A | |
| 54. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 55. | | | | | Sold | 03/27/17 | J | | |
| 56. IShares Core S&P 500 (IVV) | A | Dividend | K | T | Buy | 03/02/17 | J | | |
| 57. | | | | | Buy (add'l) | 03/09/17 | K | | |
| 58. | | | | | Sold (part) | 03/16/17 | J | A | |
| 59. | | | | | Sold | 05/09/17 | K | A | |
| 60. | | | | | Buy (add'l) | 12/07/17 | K | | |
| 61. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 62. IShares MSCI All Country (ACWI) | A | Dividend | | | Buy | 07/13/17 | J | | |
| 63. | | | | | Sold (part) | 08/16/17 | J | A | |
| 64. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 65. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 66. | | | | | Sold | 12/13/17 | J | A | |
| 67. IShares MSCI Brazil (EWZ) | | None | | | Buy | 10/11/17 | J | | |
| 68. | | | | | Sold | 10/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares MSCI Eurozone (EZU) | A | Dividend | | | Buy | 07/13/17 | J | | |
| 70. | | | | | Sold (part) | 08/16/17 | J | A | |
| 71. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 72. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 73. | | | | | Sold | 12/15/17 | J | A | |
| 74. IShares MSCI Austria (EWO) | A | Dividend | | | Buy | 07/31/17 | J | | |
| 75. | | | | | Sold | 11/29/17 | J | A | |
| 76. IShares MSCI France (EWQ) | A | Dividend | | | Buy | 08/11/17 | J | | |
| 77. | | | | | Sold | 12/01/17 | J | A | |
| 78. IShares MSCI Italy (EWI) | A | Dividend | | | Buy | 07/31/17 | J | | |
| 79. | | | | | Sold | 12/01/17 | J | A | |
| 80. IShares MSCI Japan (EWJ) | | None | | | Buy | 12/01/17 | J | | |
| 81. | | | | | Sold | 12/11/17 | J | | |
| 82. IShares MSCI Poland (EPOL) | A | Dividend | | | Buy | 08/11/17 | J | | |
| 83. | | | | | Sold | 12/01/17 | J | A | |
| 84. IShares MSCI Spain (EWP) | A | Dividend | | | Buy | 08/16/17 | J | | |
| 85. | | | | | Sold | 10/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShares MSCI South Korea (EWY) | A | Dividend | | | Buy | 03/27/17 | J | | |
| 87. | | | | | Sold | 12/15/17 | J | A | |
| 88. IShares MSCI Taiwan (EWT) | A | Dividend | | | Buy | 03/27/17 | J | | |
| 89. | | | | | Sold (part) | 08/16/17 | J | A | |
| 90. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 91. | | | | | Sold | 12/11/17 | J | | |
| 92. IShares MSCI Turkey (TUR) | A | Dividend | | | Buy | 08/16/17 | J | | |
| 93. | | | | | Sold | 10/11/17 | J | | |
| 94. IShares Inc Core MSCI Emerging Mkts ETF (IEMG) | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 95. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 96. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 97. | | | | | Sold (part) | 08/16/17 | J | B | |
| 98. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 99. | | | | | Sold (part) | 12/15/17 | J | A | |
| 100. IShares TR Core MSCI EAF (ETF) (IEFA) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 101. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 102. | | | | | Sold (part) | 01/30/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/13/17 | J | A | |
| 104. | | | | | Sold (part) | 03/09/17 | J | A | |
| 105. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 106. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 107. | | | | | Sold (part) | 07/13/17 | K | A | |
| 108. | | | | | Sold (part) | 07/31/17 | J | A | |
| 109. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 110. | | | | | Sold (part) | 11/16/17 | J | | |
| 111. | | | | | Buy (add'l) | 12/13/17 | K | | |
| 112. PIMCO Income Fund CL P (PONPX) | A | Dividend | K | T | Sold (part) | 01/30/17 | J | A | |
| 113. | | | | | Sold (part) | 03/09/17 | J | A | |
| 114. | | | | | Sold (part) | 04/04/17 | J | A | |
| 115. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 116. Powershares QQQ Tr Se (QQQ) | A | Dividend | K | T | Buy | 06/05/17 | K | | |
| 117. | | | | | Sold (part) | 07/31/17 | J | A | |
| 118. | | | | | Sold (part) | 08/16/17 | J | | |
| 119. | | | | | Buy (add'l) | 11/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 121. Powershares Variable Rate (VRP) | A | Dividend | | | Buy | 04/04/17 | J | | |
| 122. | | | | | Sold | 12/13/17 | J | A | |
| 123. SPDR S&P China (GXC) | A | Dividend | | | Buy | 02/13/17 | J | | |
| 124. | | | | | Sold (part) | 03/02/17 | J | | |
| 125. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 126. | | | | | Sold | 12/15/17 | J | B | |
| 127. Vaneck Vectors Russia (RSX) | A | Dividend | | | Buy | 08/11/17 | J | | |
| 128. | | | | | Sold | 12/01/17 | J | A | |
| 129. Vanguard Mega Cap 300 (MGK) | A | Dividend | | | Buy | 03/09/17 | J | | |
| 130. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 131. | | | | | Sold | 06/05/17 | K | B | |
| 132. Wisdomtree India (EPI) | A | Dividend | J | T | Buy | 01/30/17 | J | | |
| 133. | | | | | Sold (part) | 03/02/17 | J | A | |
| 134. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 135. | | | | | Sold (part) | 08/16/17 | J | A | |
| 136. | | | | | Buy (add'l) | 10/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/16/17 | J | | |
| 138. 529 PLAN #1 (H) | | | | | | | | | |
| 139. Franklin Moder 9-12 years | A | Dividend | | | Sold | 07/01/17 | K | | |
| 140. Franklin Mod Alloc Age 13-16 A | A | Dividend | K | T | Buy | 07/01/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 08/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For ease of reporting, Part VII has been separated into individual accounts. This is not indicative of reportable transactions.

Part VII, lines 13 and 19: Name corrections; see 2016, lines 21 and 10, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 6 and 7 (2016): These are defined benefit pension plans, therefore they have been removed from Part VII of this and future reports. These plans are listed collectively in Part II.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nelva G. Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544